In the Matter of NATHAN STRAUS, Individually and as Chairman of the Liberal Party et al., Appellants; SELAH B. STRONG, Respondent.

(Argued October 26, 1934; decided October 26, 1934.)

*Theodore B. Richter* and *Milton Gladstone* for appellants.
*Benjamin M. Gottesfeld* and *Malvin B. Mariash* for respondent.

Order affirmed on the authority of *Matter of O'Brien* (206 N. Y. 694) and *Matter of Trosk* v. *Cohen* (262 N. Y. 430). This is not a case of conflicting nominations for the same office. (*Matter of Marcus* v. *Cohen*, 262 N. Y. 444.) No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and LOUGHRAN, JJ. Dissenting: CROUCH, J. Not sitting: LEHMAN, J.